UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DIANE C. MEYER GUILLOT | CIVIL ACTION |
| VERSUS | NO. 13-6624 |
| CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION | SECTION "H" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss [Doc. #8] is GRANTED.

New Orleans, Louisiana, this 11th day July, 2014.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE